**UNITED STATES of America,**
**Appellee,**

v.

**Eduardo HINOJOSA, also known**
**as Lalo, Appellant.**

No. 06–1044.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 1, 2007.

Filed: Feb. 5, 2007.

Bruce Wellesley Gillan, U.S. Attorney's Office, Omaha, NE, for Appellee.

Eduardo Hinojosa, Greenville, IL, pro se.

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

PER CURIAM.

Eduardo Hinojosa appeals the district court's [1] denial of his motion to reduce his sentence. Having carefully reviewed the record, we find that Hinojosa is not entitled to a sentence reduction based on any subsequent lowering of the sentencing range by the Sentencing Commission. *See* 18 U.S.C. § 3582(c)(2). Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.